

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00419-CV

**IN THE INTEREST OF S.G.**, a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02259
Honorable Richard Garcia, Judge Presiding

## O R D E R

On July 8, 2014, this court ordered appellant to provide a reasonable explanation for failing to timely file the notice of appeal. Appellant filed a response, which we deem adequate to show cause why the appeal should not be dismissed.

Because this is an accelerated appeal of the trial court's order terminating appellant's parental rights, Rule 6.2 of the Texas Rules of Judicial Administration mandates that this appeal be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. This mandated deadline cannot be re-set or extended by this court. Appellant's brief is due July 28, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

Keith E. Hottle
Clerk of Court